USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Radica Shiwpaul, individually and on behalf of all others similarly situated, et al.,

                Plaintiffs,

-against-

Al-Boro Security, Inc. d/b/a Alboro National Security,

                Defendant.

1:23-cv-08001 (JMF)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, January 22, 2024, at 2:00 p.m. EST. The conference shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

    The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Monday, January 15, 2024). **SO ORDERED.**

Dated:    New York, New York
            January 4, 2024

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge