

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2024

Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

February 13, 2024

<u>VIA ECF</u>
The Honorable Stewart D. Aaron, U.S.M.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.
Dated: February 14, 2024

Re:   Shiwpaul et al. v. Al-Boro Security, Inc. d/b/a Alboro National Security,
      Case No. 1:23-cv-08001-SDA

Dear Magistrate Judge Aaron:

        This firm represents the Plaintiffs. With Defendant's consent, we respectfully request a
two week extension to submit the settlement agreement for the Court's approval, extending it
from February 14 to February 28, 2024. (Doc. No. 27). This is the first extension request and this
request, if granted, would not affect any other dates or deadlines.

        We appreciate the Court's consideration of this request.

                                    Respectfully submitted,
                                    LIPSKY LOWE LLP


                                    s/ Douglas B. Lipsky
                                    Douglas B. Lipsky

CC: Counsel of Record (Via ECF)